UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARTIN P. KIEFABER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HMS NATIONAL, INC., and 1ST CHOICE, INC. (d/b/a RE/MAX ALLEGIANCE),<br><br>Defendants. | Civil Case No. 1:10-cv-1194 |

**PLAINTIFF'S MOTION TO COMPEL (1) THE PRODUCTION OF DOCUMENTS, AND (2) THE TESTIMONY OF (A) TWO LOCAL FRANCHISE OFFICERS AND (B) A REAL ESTATE AGENT WHO HAS VOLUNTARILY PROVIDED TESTIMONY FOR HMS**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff Martin P. KIefaber, by the undersigned counsel, hereby moves to compel the production of documents by Defendant HMS National, Inc. and the testimony of certain witnesses. This motion is based on the grounds set forth in the accompanying memorandum of law, and is also supported by the a declaration of Matthew E. filed herewith.

December 9, 2011

CUNEO GILBERT & LaDUCA, LLP

By: __/s/ Robert J. Cynkar__
   Robert J. Cynkar (VSB No. 23349)
   Daniel M. Cohen (VSB No. 79836)
   106-A South Columbus Street
   Alexandria, VA 22314
   (202)789-3960 (telephone)
   (202)789-1813 (facsimile)
   rcynkar@cuneolaw.com
   danielc@cuneolaw.com

Charles J. LaDuca
Matthew E. Miller, *pro hac vice*
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.

        Washington, DC 20002
        (202) 789-3960

        Gary E. Mason
        MASON, LLP
        1625 Massachusetts Ave., NW, Suite 605
        Washington, D.C. 20036
        (202) 429-2290

        *Attorneys for Plaintiff Martin P. Kiefaber*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2011, I electronically filed

- **PLAINTIFFS' MOTION TO COMPEL (1) THE PRODUCTION OF DOCUMENTS, AND (2) THE TESTIMONY OF (A) TWO LOCAL FRANCHISE OFFICERS AND (B) A REAL ESTATE AGENT WHO HAS VOLUNTARILY PROVIDED TESTIMONY FOR HMS**
- **NOTICE OF HEARING**
- **MEMORANDUM IN SUPPORT OF PLAINTIFF'S TO COMPEL (1) THE PRODUCTION OF DOCUMENTS, AND (2) THE TESTIMONY OF (A) TWO LOCAL FRANCHISE OFFICERS AND (B) A REAL ESTATE AGENT WHO HAS VOLUNTARILY PROVIDED TESTIMONY FOR HMS; AND**
- **DECLARATION OF MATTHEW E.**

with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

| | |
|---|---|
| Michael Ya'akov Kieval, Esq. | Eric C. Rusnak, Esq. |
| David Monro Souders, Esq. | K&L GATES LLP |
| Weiner Brodsky Sidman Kider PC | 1601 K Street, NW |
| 1300 19th St NW | Washington, DC 20006 |
| Suite 500 | Tel: 202-778-9000 |
| Washington, DC 20036 | Fax: 202-778-9100 |
| 202-628-2000 | Email: eric.rusnak@klgates.com |
| Fax: 202-628-2011 | |
| Email: kieval@wbsk.com | |

      I also served copies by electronic mail and First Class Mail upon David Felsen, Esq., counsel to the Messrs. Pikovsky and Prigal, and Ms. McCort.

There are no parties who have appeared in this action whose counsel is not registered on ECF.

Dated: December 9, 2011

Respectfully Submitted,

    /s/ Robert J. Cynkar
Robert J. Cynkar
Virginia bar number 23349
Attorney for Plaintiff
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
rcynkar@cuneolaw.com