# United States District Court
**PRETRIAL CONFERENCE**

Time: 10:00 a.m. - 10:05 a.m.                        Case # 1:10cv01194-AJT
                                                                                                     Date: December 15, 2011

Title Kiefaber v. HMS National, Inc., et al.,

---

DOCKET ENTRY:     **Final Pretrial Conference**

---

PRESENT:     HONORABLE **Anthony J. Trenga**, Presiding

                                     Kristina Brown
                                     Deputy Clerk

---

**APPEARANCES:**
     Counsel for:    Plaintiff [ ✘ ]        Defendant [ ✘ ]        Pro-Se [ ]

**TRIAL:**
[ ✘ ] Case set for trial by **JURY** on **April 16, 2012** at **10:00 a.m.** *(Estimated Length: 4 days)*
[ ] Case set for trial by **COURT** on _____ at ___

- Counsel advises that if Class were certified, it will take approximately 3 - 4 months for notification/opt out (60,000 people)
- Counsel for the Deft requests additional time to respond to the Motion for Class Certification - - Court instructed counsel to file motion.
- Pltf advises that they intend to file a Motion to Amend the Complaint *(class definition and to add an affiliated party)* - - Court instructed counsel to file motion ASAP.