UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARTIN P. KIEFABER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cv-1194 (AJT/IDD) |
| | ) | |
| HMS NATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the Court on plaintiff Martin P. Kiefaber's Motion for Class
Certification [Doc. No. 91] (the "Motion"). Upon consideration of the Motion, the
memoranda and exhibits in support thereof and in opposition thereto, and the arguments of
counsel at a hearing on January 20, 2012, and for the reasons contained in the accompanying
Memorandum Opinion, it is hereby

ORDERED that plaintiff's Motion [Doc. No. 91] be, and the same hereby is,
DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 10, 2012